# MEMORANDUM DECISIONS.

[Civil No. 712.]

C. P. LEITCH, Appellant, v. CHARLES H. HOLMES, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. F. M. Doan, Judge.

L. H. Chalmers, for Appellant.

Joseph H. Kibbey, for Appellee.

January 16, 1900. Dismissed.

[Civil No. 717.]

H. C. DAY et al., Appellants, v. FRANK DYSART, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.

Wiley E. Jones, and Baker & Bennett, for Appellants.

C. W. Wright, and William Lovell, for Appellee.

January 16, 1900. Affirmed.

[Criminal No. 138.]

ESTABIAN RODRIGUES, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham. F. M. Doan, Judge.

E. J. Edwards, for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

January 18, 1900. Dismissed.